**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AZUL S.A., *et al.*,** | **Case No. 25-11176 (SHL)** |
| **Reorganized Debtors.**[1] | **(Jointly Administered)** |

**FINAL DECREE (I) CLOSING CERTAIN OF THE CHAPTER 11 CASES AND (II) AMENDING THE JOINT ADMINISTRATION ORDER**

Upon the certification of counsel [ECF No. 1389] (the "**Certification of Counsel**")[2] of the Reorganized Debtors for entry of a final decree and order (this "**Final Decree**" or "**Order**"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy rules 3020(d) and 3022, and Local Rule 3021-1(a), closing all the Chapter 11 Cases other than Case Nos. 25-11175 (SHL), 25-11176 (SHL), and 25-11191 (SHL) (the "**Open Cases**") and amending the Joint Administration Order, each as set forth more fully in the Certification of Counsel; and the Court having jurisdiction to consider the Certification of Counsel and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Certification of Counsel and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

[1] The Reorganized Debtors, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP – Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717). The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Certification of Counsel or the Plan, as applicable.

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no further notice need be provided; and upon the record of the Hearing, and upon all of the proceedings had before the Court; and after due deliberation the Court having determined that the legal and factual bases set forth in the Certification of Counsel establish good and sufficient cause for the relief granted herein; and that the relief granted herein is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Chapter 11 Cases (the "**Closed Cases**") of the following Reorganized Debtors are hereby closed for all purposes (including for purposes of calculating U.S. Trustee Fees) and a final decree is granted effective as of the date hereof:

a. IntelAzul S.A. (No. 25-11177);

b. ATS Viagens e Turismo Ltda. (No. 25-11178);

c. Azul Secured Finance II LLP (No. 25-11181);

d. Canela Investments (No. 25-11191);

e. Azul Investments LLP (No. 25-11190);

f. Azul Finance LLC (No. 25-11192);

g. Azul Finance 2 LLC (No. 25-11194);

h. Blue Sabia LLC (No. 25-11195);

i. Azul SOL LLC (No. 25-11188);

j. Azul Saira LLC (No. 25-11187);

k. Azul Conecta Ltda. (No. 25-11186);

l. Cruzeiro Participações S.A. (No. 25-11185);

m. ATSVP – Viagens Portugal, Unipessoal LDA. (No. 25-11184);

n. Azul IP Cayman Holdco Ltd. (No. 25-11183);

o. Azul IP Cayman Ltd. (No. 25-11182);

p. Canela Turbo Three LLC (No. 25-11179); and

q. Canela 336 LLC (No. 25-11180).

2. The Chapter 11 Cases of Azul Linhas Aéreas Brasileiras S.A. (No. 25-11175), Azul S.A. (No. 25-11176), and Azul Secured Finance LLP (No. 25-11189) shall remain open pending entry of a final decree by the Court closing such cases. All filings related to the Chapter 11 Cases (including final fee applications) shall be made in Case No. 25-11176 (SHL). All future disbursements including payment of professional fees will be reported in the post confirmation report filed in the remaining Open Cases.

3. The Clerk of this Court shall enter this Final Decree individually on each of the dockets of the Closed Cases, and each of the dockets of the Closed Cases shall be marked as "Closed."

4. The Claims Agent is authorized to expunge from the Claims Register, at the direction of the Reorganized Debtors, any Claims that have been paid or otherwise satisfied (in whole or in part), reinstated, or otherwise Unimpaired, and Claims that have been cancelled or otherwise Disallowed, without the need to File an application, motion, complaint, objection, or any other legal proceeding seeking to adjust or expunge such Claim and without any further notice to or action, order, or approval of the Court or the Holder of such Claim, as applicable.

5. To the extent not already paid, U.S. Trustee Fees (including quarterly fees) due and owing shall be paid by each of the Reorganized Debtors in the Closed Cases as soon as reasonably practicable after the date of entry of this Final Decree. The Reorganized Debtors shall not be

obligated to pay any fees to the U.S. Trustee for any Closed Case for any period commencing after entry of this Order.

6. Any open matters relating to the Chapter 11 Cases, whether they relate to either of the Open Cases or one of the Closed Cases, shall be filed, administered, and adjudicated in the Open Cases without the need to reopen any of the Closed Cases.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Reorganized Debtors and its agents are authorized to take any action they deem necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

9. The Court retains jurisdiction as set forth in the Plan and the Confirmation Order over any matter arising from or related to the Chapter 11 Cases, or the implementation, interpretation, and enforcement of this Order, the Plan, or any order previously entered by the Court.

Dated: March 31, 2026
White Plains, New York

***/s/ Sean H. Lane***
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE